ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BALENTIN QUINTERO,<br>Defendant. | CASE NO. 2:26-MJ-00098-JDP<br><br>STIPULATION TO RESET DETENTION HEARING; [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant made his initial appearance on July 15, 2026. The government moved for detention, and the Court temporarily detained Defendant and set the detention hearing for July 21, 2026. ECF 6.

2. Following the initial appearance, Defendant was transferred into state custody and was therefore unable to be present for his detention hearing on July 21, 2026.

3. The government filed a writ to transfer Defendant back into federal custody, which was signed by the Magistrate on July 21, 2026.

4. On July 21, 2026, pursuant to communications from counsel, the Court vacated the July 21, 2026 hearing and directed the parties to file a stipulation and proposed order resetting

the detention hearing before the duty magistrate judge. ECF 26.

4. The parties request that the detention hearing be reset for July 24, 2026, at 2:00 p.m., before the duty magistrate judge.

5. The new detention hearing date is outside the period permitted by 18 U.S.C. § 3142(f)(2)(B). The parties agree that good cause exists to hold the detention hearing outside of the permitted period because the defendant was unavailable on short notice on the date the detention hearing was originally scheduled.

IT IS SO STIPULATED.

Dated: July 22, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: July 22, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
BALENTIN QUINTERO

**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of July 2026.

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE